IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**HUNTER MILLER HOWELL, JR.,**

    **Plaintiff,**

v.                                                     **Civil Action No. 2:04cv95**

**JOHN CHANNEL, Chief Deputy Sheriff,**
**DOYLE POLING, Chief Correctional Officer,**
**FRANK CUDA, R.N. and Certified Nurse Practitioner,**
**and DONNA TASKER, Correction Officer,**

    **Defendant.**

## ORDER

It will be recalled that on December 19, 2005, Magistrate Judge Kaull filed his Report and Recommendation, wherein the plaintiff was directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation. No objections have been received.

Upon examination of the report from the Magistrate Judge, which recommends dismissal for failure to prosecute as the Plaintiff has failed to keep the Court apprized of his current address, the Court, upon an independent de novo consideration of all matters now before it, is of the opinion that the Report and Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in this action. Therefore, it is

**ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and the same hereby is, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge. Accordingly, it is

**ORDERED** that the Plaintiff's Complaint be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the docket of this Court. It is further

**ORDERED** that the Clerk shall enter judgment for the Defendants. It is further

**ORDERED** that, if Plaintiff should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure. The $5.00 filing fee for the notice of appeal and the $250.00 docketing fee should also be submitted with the notice of appeal. In the alternative, at the time the notice of appeal is submitted, Plaintiff may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed in forma pauperis.

**ENTER**: January 20th, 2006

                                                   **/s/ Robert E. Maxwell**
                                                   United States District Judge